IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL JOSEPH MARTINEZ,

    Petitioner,

v.                                                                                                    CV No. 20-425 KG/CG

CHAD MILLER,

    Respondent.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Petitioner Daniel Joseph Martinez's *pro se* 28 U.S.C. § 2241 habeas petition (the "Petition"), (Doc. 1), filed May 4, 2020. The Petition is deficient because Petitioner has not prepaid the $5.00 filing fee or, alternatively, filed an application to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915. Petitioner must cure this deficiency within thirty (30) days of entry of this Order. All filings must include the case number (20-cv-0425 KG-CG). Failure to timely cure the deficiency may result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must pay the $5.00 filing fee or, alternatively, file an application to proceed *in forma pauperis* along with an inmate account statement reflecting transactions for a six-month period.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a copy of the form Application to Proceed *In Forma Pauperis.*

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE